José Segarra, demandante y apelante, *v.* Roberto Castellón, demandado y apelado.

Núm. 7792.—*Sometido:* Julio 19, 1938. *Resuelto:* Julio 20, 1938.

A. *Casanova Prats,* abogado del apelante; A. *Ortiz Toro,* abogado del apelado.

El Juez Asociado Señor De Jesús emitió la opinión del tribunal.

La sentencia que en este caso dictó la Corte de Distrito de San Juan desestimando la demanda fué notificada al demandante el 28 de septiembre de 1937. El 27 del mes siguiente el demandante radicó un escrito de apelación acogiéndose al procedimiento de la transcripción de evidencia

para la apelación. El 24 de noviembre el demandante pidió y obtuvo una prórroga para radicar dicha transcripción de evidencia, concediéndosele·también prórrogas al mismo efecto el 27 de diciembre de 1927 y el 26 de enero de 1938. El 23 de febrero siguiente el demandante solicitó una nueva prórroga para radicar la transcripción de la·evidencia, sin que la corte tomase providencia alguna con respecto a su petición. El 28 del mes siguiente, no obstante no haber actuado la corte inferior en relación con su petición de prórroga, volvió a pedir una nueva, sin que la corte tampoco dictase pronunciamiento alguno. Desde entonces el demandante no ha hecho más diligencias para formalizar su recurso de apelación.

El demandado solicita la desestimación del recurso, fundándose precisamente en que hasta la fecha no se ha radicado en la corte inferior la transcripción de evidencia ni solicitado prórroga para ello desde el 28 de marzo último.

El hecho de que la corte inferior no hubiese actuado resolviendo las dos mociones de prórroga presentadas por el apelante en 23 de febrero y 28 de marzo últimos, no lo releva de la obligación en que está de radicar dentro del término legal o de la prórroga en su caso la transcripción de evidencia. Si el juez de la corte inferior dejó de actuar resolviendo las mociones, debió el apelante insistir en que se resolvieran y, no consiguiéndolo, pudo acudir al recurso legal que le ofrece la ley en tales casos, es decir, recurrir a esta corte mediante una petición de *mandamus*.

A nuestro juicio, el abandono manifiesto por parte del demandante apelante en la tramitación de la apelación no justifica en manera alguna a esta corte para usar de su discreción restableciendo el término para la radicación de la transcripción de evidencia.

*Procede, por lo expuesto, desestimar el recurso.*